**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and Petters Group Worldwide, LLC | Adv. No. 10-04312 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST ST. JUDE CHILDREN'S RESEARCH HOSPITAL** |
| vs. | |
| St. Jude Children's Research Hospital, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** pursuant to Fed. R. Civ. P. 41(a)(1) as applicable to this adversary proceeding though Fed. R. Bank. Proc. 7041 and Local Rule 7041-1, that Plaintiff Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters

Company, Inc. and Petters Group Worldwide, LLC, by his undersigned counsel of record, hereby dismisses, with prejudice, and without an award of costs or fees to either party, all claims asserted in this action against Defendant St. Jude Children's Research Hospital.

DATED: May 11, 2011                              **KELLEY, WOLTER & SCOTT, P.A.**

By: /e/Patricia A. Pedersen
Steven E. Wolter (#170707)
Patricia A. Pedersen (#0240205)
Stacy L. Kabele (#273673)
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
(612) 371-9090 (telephone)
(612) 371-0574 (facsimile)


**ATTORNEYS FOR
DOUGLAS A. KELLEY,
CHAPTER 11 TRUSTEE OF
PETTERS COMPANY, INC. AND
PETTERS GROUP WORLDWIDE, LLC**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc. and Petters Group World Wide, LLC

Plaintiffs,

vs.                                                          ADV. NO. 10-04312

St. Jude Children's Research Hospital,

Defendant.

**CERTIFICATE OF SERVICE**

I, Tina M. Field, state that on May 11, 2011 I served the following documents:

Notice of Voluntary Dismissal of Claims Against St. Jude Children's Research Hospital and Certificate of Service

1

upon:

Sara L. Hall
St. Jude Children's Research Hospital
262 Danny Thomas Place
Memphis, TN 38105

via U.S. Mail to the address listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same ECF with the Bankruptcy Court in the District of Minnesota.

    /e/Tina M. Field
    Tina M. Field